IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GERMAN SALAS, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 7:17-cv-00364 |
| UNITED PROPERTY & CASUALTY INSURANCE COMPANY, | § § § § | |
| Defendant. | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff German Salas and Defendant United Property & Casualty Insurance Company hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Therefore, Plaintiff's claims against Defendants United Property & Casualty Insurance Company are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 27th day of November, 2017.

Respectfully submitted,

/s/ Matthew M. Zarghouni *
Matthew M. Zarghouni
State Bar No. 24086085

ZAR LAW FIRM
7322 Southwest Fwy., Suite 1965
Houston, Texas 77074
Telephone:  (713) 333-5533
Facsimile:  (832) 448-9149
Email: matt@zar-law.com
**COUNSEL FOR PLAINTIFF**
*with permission

And

/s/ Rhonda J. Thompson
Rhonda J. Thompson
State Bar No.: 24029862
Southern District No.: 17055
rthompson@thompsoncoe.com

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 27th day of November, 2017, the foregoing pleading was delivered to the following counsel of record for Plaintiff via electronic filing and e-mail in accordance with the Federal Rules of Civil Procedure:

Matthew M. Zarghouni
ZAR LAW FIRM
7322 Southwest Fwy., Suite 1965
Houston, Texas 77074
Facsimile: (832) 448-9149
Email: matt@zar-law.com
**COUNSEL FOR PLAINTIFF**

/s/ Rhonda J. Thompson
Rhonda J. Thompson