IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GERMAN SALAS, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 7:17-cv-00364 |
| UNITED PROPERTY & CASUALTY INSURANCE COMPANY, | § § § § | |
| Defendant. | § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff German Salas and Defendant United Property & Casualty Insurance Company's Joint Stipulation of Dismissal With Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant United Property & Casualty Insurance Company are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND CONTENT:


/s/ Matthew M. Zarghouni *
Matthew M. Zarghouni
State Bar No. 24086085

ZAR LAW FIRM
7322 Southwest Fwy., Suite 1965
Houston, Texas 77074
Telephone: (713) 333-5533
Facsimile: (832) 448-9149
Email: matt@zar-law.com
**COUNSEL FOR PLAINTIFF**
*with permission

**COUNSEL FOR PLAINTIFF**


And


/s/ Rhonda J. Thompson
Rhonda J. Thompson
State Bar No.: 24029862
Southern District No.: 17055
rthompson@thompsoncoe.com

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

**COUNSEL FOR DEFENDANT**